UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 17-5301(DSD/DTS)

OGONNAYA VINCENT OFOR,

        Plaintiff,

v.                                                                      **ORDER**

CAPELLA FOR PROFIT ONLINE
UNIVERSITY; DR. SETH WILLIAMS;
and DR. KELLY VON RUDEN,

        Defendants.


This matter is before the court upon the report and recommendation of Magistrate Judge David T. Schultz dated March 1, 2018 (R&R).  The magistrate judge recommended that the court (1) dismiss the federal constitutional claim with prejudice; (2) dismiss the remaining state-law claims without prejudice for lack of jurisdiction; and (3) deny the application to proceed in forma pauperis.  No objections to the R&R have been filed in the time period permitted.  Under these circumstances, the court finds it appropriate to adopt the R&R.

    Accordingly, **IT IS HEREBY ORDERED** that:

    1.  The R&R [ECF No. 5] is adopted in its entirety;

    2.  Plaintiff's federal constitutional claim is dismissed with prejudice;

    3.  Plaintiff's remaining state-law claims are dismissed without prejudice; and

4.  Plaintiff's application to proceed in forma pauperis [ECF No. 2] is denied.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 20, 2018

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court